# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of GEORGIA

Case Number: 4:10-CV-83 (CDL)

Plaintiff:
**VICKI ISOME, RODERICK WILLIAMS, AND ANNIE FRANKLIN,**

vs.

Defendant:
**GOLD CAR LENDING, INC., AND GIL'S AUTO SALES, INC.,**

For:
John W. Roper
5353 Veterans Parkway
Suite A
Columbus, GA 31904

Received by Attorney Services & Legal Inv., LLC on the 5th day of August, 2010 at 2:49 pm to be served on **GIL'S AUTO SALES, INC C/O J. GILBERT DYER, JR REGISTERED AGENT, 5353 VETERANS PARKWAY, SUITE A, COLUMBUS,, GA 31904**.

I, FRANKY A. HICKS, CPS, do hereby affirm that on the **24th day of August, 2010** at **3:31 pm**, I:

Served the within named **CORPORATION by delivering a true copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT** to J GILBERT DYER, JR, as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1. SERVICE WAS PERFECTED ON THE REGISTERED AGENT AT 3959 US HIGHWAY 80 W. PHENIX CITY ALABAMA .

I certify that I am a Citizen of the United States, I am over 18 years of age, have no interest in the above action and I am a Court Appointed Process Server in the court and county in which the action was filed.

**FRANKY A. HICKS, CPS**
Process Server

**Attorney Services & Legal Inv., LLC**
Aslillc.Com
936 2nd Ave.
Columbus, GA 31901
(706) 322-3554
Our Job Serial Number: 2010000502