# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of GEORGIA

Case Number: 4:10-CV-83  (CDL)

Plaintiff:
**VICKI ISOME, RODERICK WILLIAMS, AND ANNIE FRANKLIN,**

vs.

Defendant:
**GOLD CAR LENDING, INC., AND GIL'S AUTO SALES, INC.,**

For:
John W. Roper
5353 Veterans Parkway
Suite A
Columbus, GA  31904

Received by Attorney Services & Legal Inv., LLC on the 5th day of August, 2010 at 2:41 pm to be served on **GOLD CAR LENDING INC., C/O J. GILBERT DYER, JR., REGISTERED AGENT, 2900 NORTHLAKE PARKWAY, COLUMBUS, GA 31904**.

I, **FRANKY A. HICKS, CPS**, do hereby affirm that on the **24th day of August, 2010** at **3:31 pm, I:**

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT,** to  J. GILBERT DYER, JR, as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1. SERVICE WAS PERFECTED ON THE REGISTERED AGENT, AT GILS 3959 US HIGHWAY 80 W. PHENIX CITY AL .

I certify that I am a Citizen of the United States, I am over 18 years of age, have no interest in the above action and I am a Court Appointed Process Server in the court and county in which the action was filed.

**FRANKY A. HICKS, CPS**
Process Server

**Attorney Services & Legal Inv., LLC**
**Aslillc.Com**
**936 2nd Ave.**
**Columbus, GA  31901**
**(706) 322-3554**
Our Job Serial Number: 2010000500

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3k