IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| VICKI ISOME, RODERICK WILLIAMS, and ANNIE FRANKLIN, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | CASE FILE NO.: 4:10-CV-83 (CDL) |
| GOLD CAR LENDING, INC., and GIL'S AUTO SALES, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

## **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. Rule 7.1, and Local Rule 87, Defendants Gold Car Lending, Inc. and Gil's Auto Sales, Inc. (collectively referred to herein as "Defendants"), by and through undersigned counsel, state that Defendants do not have any parent or subsidiary corporations and that there are no publicly held companies that own 10% or more of Defendants' stock.

Respectfully submitted this 13th day of September, 2010.

/s/ Tracy L. Moon, Jr.
Tracy L. Moon, Jr.
Georgia Bar No. 518050
James M. Hux, Jr.
Georgia Bar No. 567380
FISHER & PHILLIPS LLP
945 East Paces Ferry Road
1500 Resurgens Plaza
Atlanta, Georgia 30326
(404) 231-1400 Telephone
(404) 240-4249 Facsimile
tmoon@laborlawyers.com

Attorneys for Gold Car Lending, Inc. and Gil's Auto Sales, Inc.

Atlanta 1476155.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| VICKI ISOME,<br>RODERICK WILLIAMS, and<br>ANNIE FRANKLIN, | )<br>)<br>)<br>) | |
| Plaintiffs, | ) | CIVIL ACTION |
| vs., | )<br>) | CASE FILE NO.: 4:10-CV-83 (CDL) |
| GOLD CAR LENDING, INC., and<br>GIL'S AUTO SALES, INC., | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2010, the foregoing DEFENDANTS' CORPORATE DISCLOSURE STATEMENT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Tracy L. Moon, Jr.
Tracy L. Moon, Jr.
Georgia Bar No. 518050
